```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**PEDRO ALVAREZ #411322**                                    CIVIL ACTION

**VERSUS**                                                   NO. 05-888

**WARDEN JAMES M. LEBLANC**                                  SECTION: "B"(1)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Pedro Alvarez** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of July, 2006.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```